UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL RYAN GRIFFIN,

          Petitioner,

   v.

RONALD HAYNES,

          Respondent.

Case No. C22-5118-JHC-MLP

ORDER

     Petitioner Daniel Ryan Griffin, proceeding *pro se*, is currently incarcerated at the Stafford Creek Corrections Center ("SCCC") in Aberdeen, Washington. On April 8, 2022, this Court directed service of Petitioner's amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Dkt. # 6.) On June 22, 2022, Respondent filed an answer and memorandum of authorities to Petitioner's habeas petition ("Respondent's Answer") (dkt. # 12) and submitted the State Court Record (dkt. ## 13-15). This matter comes before the Court based on "Petitioner's Response to Respondent's Answer to Petition for Writ of Habeas Corpus" ("Petitioner's Response"). (Dkt. # 27.)

     On July 11, 2022, upon Petitioner's request at the time, this Court extended Petitioner's time to file a Response to October 3, 2022, due to his irregular access to the law library and legal

ORDER - 1

resources at the SCCC because of COVID-19. (*See* dkt. # 22 at 4.) However, on July 27, 2022, Petitioner submitted his Response. (*See* dkt. # 27.) In his Response, Petitioner appears to concede his first and second grounds for relief in his habeas petition, acknowledges that an evidentiary hearing would be unnecessary for his remaining grounds for relief in his habeas petition, and provides substantive argument addressing his third and fourth grounds for habeas relief. (*See id.*)

Based on the foregoing, and the interests of efficiency, the Court finds it appropriate to shorten Respondent's time to file a reply based on Petitioner's early submission of his Response. Accordingly, Respondent shall file a reply by **August 19, 2022**.

The Clerk is directed to re-note Respondent's Answer (dkt. # 12) for this Court's consideration on **August 19, 2022.** The Clerk is further directed to send copies of this Order to the parties and to the Honorable John H. Chun.

Dated this 2nd day of August, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2