UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL RYAN GRIFFIN,

                Petitioner,

    v.

RONALD HAYNES,

                Respondent.

Case No. C22-5118-JHC-MLP

ORDER DISMISSING FEDERAL HABEAS ACTION

Having reviewed the Report and Recommendation (Dkt. # 33) of the Honorable Michelle L. Peterson, United States Magistrate Judge, Petitioner's objection thereto (Dkt. # 45), and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation;

    (2)    Petitioner's amended habeas petition (Dkt. # 5) is DENIED, and this action is DISMISSED with prejudice;

    (3)    Petitioner's "Motion to Gather Basic Information" (Dkt. # 30) is DENIED as moot;

    (4)    A certificate of appealability is DENIED as to all claims; and

    (5)    The Clerk is directed to send copies of this Order to the parties.

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1

1     Dated this 27th day of January, 2022.

2

3                                                                       *John H. Chun*

                                                     JOHN H. CHUN
                                                     United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2