UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL RYAN GRIFFIN,

           Petitioner,

v.

RONALD HAYNES,

           Respondent.

Case No. C22-5118-JHC-MLP

ORDER

This matter comes before the Court on Petitioner's Petition for Certificate of Appealability. Dkt. # 49. The Court has already denied a certificate of appealability as to all claims. Dkt. # 47. Accordingly, the Court STRIKES the motion as moot.

Dated this 6th day of March, 2023.

*John H. Chun*

JOHN H. CHUN
United States District Judge

ORDER - 1