UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL RYAN GRIFFIN,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>RONALD HAYNES,<br><br>　　　　　　　Respondent. | CASE NO. 3:22-cv-05118-JHC<br><br>ORDER |

This matter comes before the Court on Petitioner's "Motion to Transmit Petition for COA to Appellate Court." Dkt. # 51. The motion asks for the Clerk to forward the case record to the Court of Appeals. But it quotes only in part the first sentence in Ninth Circuit Rule 22-1(b), which provides:

> If the district court denies a COA in full in a § 2254 proceeding *and the district court record cannot be accessed electronically*, the district court clerk shall forward the entire record to the court of appeals.

(emphasis added). The motion omits the above italicized portion of the rule. Nor does it address whether the district court record can be accessed electronically. As far as the Court is aware, such record is accessible electronically. Accordingly, the Court DENIES the motion.

/

ORDER - 1

Dated this 31st day of March, 2023.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 2